Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Jeff Stanley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JEFF STANLEY<br><br>       Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC.<br>       Defendant. | Case No.: 2:18-cv-02227-MCE-EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Jeff Stanley and Defendant Kohl's Department Stores, Inc., that Kohl's Department Stores, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs. The settlement between the Parties was fully completed while Plaintiff was represented by Sagaria Law, P.C.

DATED: December 4, 2019　　　　**Gale, Angelo, Johnson, & Pruett, P.C.**

　　　　　　　　　　　　　　　　By:　　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　Jeff Stanley

DATED: December 4, 2019　　　　**Kelley Drye & Warren LLP**

　　　　　　　　　　　　　　　　By:　　*/s/ Tahir Lynn Boykins*
　　　　　　　　　　　　　　　　Tahir Lynn Boykins
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Kohl's Department Stores, Inc.